# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ANTHONY BURKE, BY HIS PNG JOHN BURKE, | : | No. 61 EAL 2016 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of June, 2016, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to the remaining issue. The issues, as stated by petitioner, are:

(1) Whether, in an issue of first impression and of critical statewide importance, the Superior Court Majority violated longstanding precedent and deviated from existing law when it read out of Pennsylvania's Autism Insurance Act a legislatively-created exception that permitted Independence, like all other insurers, to apply general policy exclusions when making coverage determinations for autism-based services?

(2) Whether, in an issue of first impression and statewide importance, the Superior Court's reliance on the Pennsylvania Insurance Department's interpretation — which conflicts with the plain language of Act 62 — is erroneous and cannot be said to salvage the Superior Court Majority's incorrect result?

The Application for Leave to File Post-Allocatur Communication in the Form of a Reply is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.